UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA RENTZ and BILLIE RENTZ, as co-personal representatives of the ESTATE OF CHRISTOPHER L. RENTZ, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>SPOKANE COUNTY, et al.,<br><br>　　　　　　Defendants. | No. CV-05-83-AAM<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL** |

There being no objection, the motion of Plaintiffs and Intervenor-Plaintiffs to voluntarily dismiss Defendant Wayne Greene (Ct. Rec. 42) is **GRANTED** and all claims asserted against Defendant Greene in Plaintiffs' complaint and the Intervenor-Plaintiffs' complaint are hereby **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to all counsel of record.

**DATED** this 14th of March, 2006.

　　　　　　　s/ Alan A. McDonald
　　　　　　　ALAN A. McDONALD
　　　　　Senior United States District Judge

**ORDER GRANTING MOTION
FOR VOLUNTARY DISMISSAL-　　　1**