UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA RENTZ and BILLIE RENTZ, as co-personal representatives of the ESTATE OF CHRISTOPHER L. RENTZ, et al., et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SPOKANE COUNTY, et al.,<br><br>　　　　Defendants. | No. CV-05-0083-AAM<br><br>**PROTECTIVE ORDER** |

Pursuant to the stipulation of all the parties to this action (Ct. Rec. 45), information obtained from individual personnel files of Spokane County employees will not be disseminated or disclosed to any third party, except for expert witnesses designated by the parties, and potentially to the jury upon proffer to the court. The use of any information from these files is limited to plaintiffs' prosecution of this action.

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to all counsel of record.

　　　　**DATED** this  10th     of May, 2006.


　　　　　　　　　　　　  s/ Alan A. McDonald
　　　　　　　　　　　　ALAN A. McDONALD
　　　　　　　　　　　Senior United States District Judge

**PROTECTIVE ORDER-**     1