# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA RENTZ and BILLIE RENTZ, as co-personal representatives of the ESTATE OF CHRISTOPHER L. RENTZ, et al., <br><br> Plaintiffs, <br><br> and <br><br> WILLIAM RENTZ, in his individual capacity, <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> SPOKANE COUNTY, et al., <br><br> Defendants. | No. CV-05-83-LRS <br><br> **PROTECTIVE ORDER** |

Pursuant to the court's ruling in open court on April 26, 2007, granting the Spokane County defendants' motion for a protective order, the following provisions shall pertain to the report prepared by Lt. Myhre:

1. The report shall be used solely for the purposes of this litigation and unless otherwise ordered, shall not be provided, nor any of its contents revealed, to anyone except:

   a. The parties' attorneys and their employees;

   b. Consultants and experts retained by any party for the purposes of assisting in the preparation or presentation of claims or defenses.

**PROTECTIVE ORDER-**            **1**

2. Consultants and experts shall be shown a copy of this order and shall sign a consent form indicating they have read the order and consent to be bound by its terms. Attached as Ex. A is a sample copy of the consent form.

3. Nothing herein shall be construed to prejudice or limit the right of any party to use Myhre's report in the taking of depositions, in motion practice, or at trial to the extent permitted by the Federal Rules of Evidence and the Federal Rules of Civil Procedure.

4. If any of the contents of the Myhre report are referenced or quoted in any materials to be filed with the court in support of any motion or otherwise, the parties shall move to have those materials filed under seal.

5. Unless hereafter expressly modified in writing, this protective order shall remain in effect until the completion of this litigation by entry of judgment or order of dismissal by the trial court. Incident to completion of the litigation as referenced in the prior sentence, any party seeking to continue the terms of this order shall have the burden of proof concerning any such request.

6. Violations of this order shall subject the violator to appropriate sanctions.

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to counsel.

   **DATED** this   7th   of May, 2007.

   *s/Lonny R. Suko*
   _____
   LONNY R. SUKO
   United States District Judge

**PROTECTIVE ORDER-**          2

**EXHIBIT A**

**AGREEMENT BY EXPERT OR CONSULTANT OR DESIGNATED REPRESENTATIVE TO BE BOUND BY PROTECTIVE ORDER**

  The undersigned, _____ (print or type name), an expert, consultant of designed representative of _____(print or type name of party or law firm), in connection with RENTZ et al., vs. SPOKANE COUNTY et al., Eastern District of Washington Case Number CV-05-83-LRS, acknowledges that he or she has received a copy of the Protective Order entered in this action, which is attached hereto as Exhibit A, and has read and agrees to be bound by all of the provisions thereof.

_____  _____
DATED         SIGNATURE

**PROTECTIVE ORDER-**   **3**