HONORABLE LONNIE R. SUKO

HUGH T. LACKIE
HEATHER C. YAKELY
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Attorneys for Defendant Spokane County, et al.

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA RENTZ and BILLIE RENTZ, as co-personal representatives of the ESTATE OF CHRISTOPHER L. RENTZ; DEBRA RENTZ, in her individual capacity; BILLIE RENTZ in her individual capacity; THOMAS GREGG in his individual capacity,<br><br>    Plaintiffs,<br>And<br><br>WILLIAM RENTZ, in his individual capacity,<br><br>    Plaintiff-Intervenor,<br>vs.<br><br>SPOKANE COUNTY, et al.,<br><br>    Defendants. | Case No. CV-05-83-LRS<br><br>ORDER OF DISMISSAL |

PURSUANT to the Stipulation for Order of Dismissal filed on September 17th, 2007, IT IS ORDERED that the Plaintiffs' claims are dismissed with prejudice and without assessment of costs and attorney's fees to any party.

*Evans, Craven & Lackie, P.S.*

ORDER OF DIMISSAL - page 1

818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DONE IN OPEN COURT this __21st__ day of September 2007.

s/Lonny R. Suko
_____
HONORABLE LONNIE R. SUKO

Presented By:

EVANS, CRAVEN & LACKIE, P.S.


By ___s/ Hugh T. Lackie_____
HUGH T. LACKIE, WSBA #6693
HEATHER C. YAKELY, WSBA #28848

Approved as to Form By:


PAINE HAMBLEN, LLP



_/s/ Andrew Mitchell_____
ANDREW MITCHELL, WSBA #30399
GREGORY J. ARPIN, WSBA#2746




LAW OFFICES OF JULIAN E.ST MARIE, P.S.


/s/ Julian E. St. Marie by telephonic approval
JULIAN E. ST. MARIE, WSBA # 27268




ORDER OF DIMISSAL - page 2

1  MAXEY LAW OFFICES, P.S.
2
3
4  _____
5  WILLIAM C. MAXEY, WSBA #6232
6  MARK J. HARRIS, WSBA #31720
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

ORDER OF DIMISSAL - page 3